### IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
### IN AND FOR VOLUSIA COUNTY, FLORIDA

Case No.: _____

Division: _____

PAUL HAYES

        Plaintiff,

vs.

GENERAL REVENUE CORPORATION,
a Corporation,

        Defendant

_____/

## COMPLAINT

PAUL HAYES, Plaintiff herein, files this Complaint against GENERAL REVENUE CORPORATION, Defendant herein, and alleges:

### PARTIES

1.    Plaintiff, Paul Hayes, an individual, resides in Volusia County, Florida.

2.    Defendant, GENERAL REVENUE CORPORATION, a Foreign Corporation, has a principal place of business at Cincinnati, Ohio in Hamilton County, Florida.

### JURISDICTIONAL STATEMENT

3.    The amount in controversy exceeds $15,000.00, excluding interest, costs and attorney's fees, which is within the jurisdiction of the court in accordance with Section 26.012 of the Florida Statutes.

### VENUE

4.    Venue in Volusia County, Florida is proper in this action under Section 47.011 of the Florida Statutes because the actions giving rise to this action occurred in this county.

### FACTS IN SUPPORT OF CLAIMS

5.    On or about January 9, 2010 through June 17, 2010, Defendant violated the Florida Consumer Collection Practices Act and the Federal Debt Collection Practices Act in Volusia County, Florida.

6.    As a direct and proximate result of the actions by Defendant, Plaintiff suffered

EXHIBIT "A"

monetary damages.

## COUNT 1

## VIOLATION OF FLORIDA CONSUMER COLLECTION PRACTICES ACT

7.      Plaintiff, Paul Hayes, adopts by reference, as if set out fully and completely in this Count, the following statements of this Complaint:  Paragraphs 1 through 6.

8.      On or about January 9, 2010 through June 17, 2010, Defendant communicated with Plaintiff concerning an alleged debt knowing Plaintiff was represented by an Attorney.

9.      On or about January 9, 2010 through June 17, 2010, Defendant made no attempt to communicate with Plaintiff's Attorney concerning an alleged debt.

10.     On or about January 9, 2010 through June 17, 2010, Defendant attempted to collect an alleged debt from Plaintiff without contacting Plaintiff's Attorney.

11.     On or about January 9, 2010 through June 17, 2010, Defendant initiated a Garnishment against Plaintiff's Salary without required Statutory Notice.

12.     Defendant did not contact Plaintiff's Attorney until being advised of the above violations of the Florida Consumer Collection Practices Act and Federal Debt Collection Practices Act.

## COUNT 2

## PUNITIVE DAMAGES

13.     Plaintiff, Paul Hayes, adopts by reference, as if set out fully and completely in this Count, the following statements of this Complaint:  Paragraphs 1 through 12.

14.     Defendant's actions were willful and knowingly in violation of the Florida Consumer Collection Practices Act and Federal Debt Collection Practices Act. · · ·

15.     Plaintiff is entitled to Punitive Damages.

## COUNT 3

## ATTORNEY'S FEES

16.     Plaintiff, Paul Hayes, adopts by reference, as if set out fully and completely in this Count, the following statements of this Complaint:  Paragraphs 1 through 15.

17.     Plaintiff, Paul Hayes, has employed Timothy Daniel, Attorney at Law, for representation in this action, and Plaintiff has agreed to pay a reasonable Attorney Fee to Timothy Daniel, Attorney at Law.

29.    Plaintiff, Paul Hayes, is entitled to recover reasonable Attorney's Fees and Court Costs incurred in connection with this action pursuant to Florida Statutes.

### DEMAND FOR JURY TRIAL

30.    Plaintiff demands a trial of this action by jury.

### DEMAND FOR JUDGMENT

**WHEREFORE**, Plaintiff demands a jury trial of this action, and further demands judgment against Defendant for general damages, punitive damages, Attorney's Fees, Court Costs and for such other and further relief, in law or in equity, to which Plaintiff may be justly entitled.

Timothy Daniel 0650821
Attorney for Plaintiff
Daniel Legal
39 Beechwood Drive
Ormond Beach, FL  32176
(386) 416-9379
Fax (386) 441-0090
danielegal@cfl.rr.com